# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| IN RE:   **DEBORAH PRICE-ABBOTT**<br>         **Debtor** | Case No.: 13-51077 SCS<br>Chapter 7 |

### *APPLICATION TO SELL THE ESTATE'S ONE-HALF INTEREST IN 121 MENCHVILLE ROAD, NEWPORT NEWS, VA*

**NOW COMES** the Trustee, Clara P. Swanson, Chapter 7 Bankruptcy Trustee for the Estate of Deborah Price-Abbott, ("Debtor"), and moves for authority to convey the estate's one-half interest in real property located at 121 Menchville Road, Newport News, VA, aka Parcel # 148000422 (the "Property"), as follows:

1. This case was filed as a voluntary Chapter 7 case on July 3, 2013.

2. Clara P. Swanson (the "Trustee") was appointed as the Chapter 7 Bankruptcy Trustee in this case and continues to serve as such.

3. That on the date of the bankruptcy filing the Debtor, Deborah Price-Abbott owned a one-half interest in real estate located at 121 Menchville Road, Newport News, VA, aka Parcel # 148000422, and Michael H. Voight owned a one-half interest.

4. The Amended Schedules list Debtor's value in the real estate at $5,000.00.

5. That Michael H. Voight, proposed to purchase the estate's one-half interest in the property for $32,000.00.

6. Michael H. Voight had provided trustee with a November 23, 2013 appraisal report of the property which values 121 Menchville Road, at $73,000.00, and the

---

*Clara P. Swanson - VSB #21837*
*Chapter 7 Bankruptcy Trustee*
*707 Mobjack Place*
*Newport News, Virginia 23606*
*(757) 873-8808 (Office)*
*(757) 873-3038 (Facsimile)*
*E-mail: trustee@cswanson.hrcoxmail.com*

range for actual sales in the geographic area for comparable properties is $69,500.00 to $73,600.00

7. City Assessment is $138,200.

8. If Trustee listed the property and sold it for the appraised value there would be real estate commissions and expenses of approximately $6,000.00 to $7,000.00.

9. Based on the appraisal it appears there are necessary repairs including broken windows, rotten window frames, and missing tile in bathrooms. The detached garage has a severely damaged roof, damaged garage door, presence of mold, and is not safe or functional. The lean-to storage building has significant termite damage.

10. The Trustee believes that Michael H. Voight's offer to purchase the estate's one-half interest in the property for $32,000.00 is fair and reasonable.

**WHEREFORE**, the Trustee prays that the Court enter an Order approving the sale of the estate's one-half interest in 121 Menchville Road, Newport News, VA, aka Parcel # 148000422, to Michael H. Voight for $32,000.00 as referenced above.

01-30-14  
Date

/s/ Clara P. Swanson  
Clara P. Swanson  
Chapter 7 Bankruptcy Trustee

## CERTIFICATE OF MAILING

I hereby certify that on the 30th day of January, 2014, a true and accurate copy of the foregoing Application was served by first class U.S. Mail (postage prepaid), on the following parties:

Kenneth N. Whitehurst III
Office of the U.S. Trustee
200 Granby Street
Norfolk, VA 23510-1814

Tracy McMurtrie Luck
Tracy McMurtrie Luck & Associates
3917 Midlands Rd., Bldg. Two, Ste. 100
Williamsburg, VA 23188
*Counsel for Debtor*

Michael Voight
33 Londonshire Terrace
Hampton, VA 23666
*Co-Owner*

/s/ Clara P. Swanson
Clara P. Swanson